# Court of Appeals
# of the State of Georgia

ATLANTA, _____March 03, 2016_____

*The Court of Appeals hereby passes the following order:*

**A16D0268. CORNELIUS N. SANDERS v. THE STATE.**

Cornelius Sanders was convicted of rape, aggravated child molestation, aggravated sodomy, and child molestation, and we affirmed his convictions in an unpublished opinion. *Sanders v. State*, Case No. A11A0394 (decided June 17, 2011). Sanders subsequently filed a motion to modify his sentence. The trial court denied the motion on November 2, 2015, and Sanders filed this application for discretionary appeal on February 9, 2016. We must dismiss the untimely application.

An application for discretionary appeal must be filed within 30 days of the entry of the order or judgment to be appealed. See OCGA § 5-6-35 (d). The requirements of OCGA § 5-6-35 are jurisdictional, and this Court cannot accept an application for appeal not made in compliance therewith. See *Boyle v. State of Georgia*, 190 Ga. App. 734 (380 SE2d 57) (1989). Here, Sanders filed his application 99 days after the trial court's order was entered.[1] Therefore, the application is untimely, and it is hereby DISMISSED for lack of jurisdiction.



Court of Appeals of the State of Georgia
Clerk's Office, Atlanta,_____03/03/2016_____
I certify that the above is a true extract from the minutes of the Court of Appeals of Georgia.
Witness my signature and the seal of said court hereto affixed the day and year last above written.

_____Stephen E. Castlen_____, Clerk.

---

[1] Sanders attempted to file his application on January 26, 2016, but it was not accepted for filing because it failed to include a copy of the trial court's order being appealed. See Court of Appeals Rule 31 (e). This filing also would have been outside the 30-day period.